McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF FRESNO, ) | 1:08-cv-00043-OWW-DLB |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL;** |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

   Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

   IT IS SO STIPULATED.

PARKER, KERN, NARD & WENZEL            McGREGOR W. SCOTT
                                        United States Attorney


/s/Richard J. Kern                     /s/Jeffrey J. Lodge
Richard J. Kern                        Jeffrey J. Lodge
Attorneys for Plaintiff                Assistant U.S. Attorney
                                       Attorneys for Defendant
                                       United States of America

Dated: November _13, 2008     Dated: November _20, 2008

///

///

1

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   November 25, 2008**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE